CAUSE NO. 03-14-00822-CV

FILED
January 8, 2014
Third Court of Appeals
Jeffrey D. Kyle
Clerk

| | | |
|---|---|---|
| IN RE | ) | IN THE COURT OF APPEALS |
| | ) | |
| HARLAN LEVIEN AND | ) | THIRD JUDICIAL DISTRICT |
| STEPHEN LEVIEN, ET AL, | ) | |
| | ) | |
| RELATORS | ) | AUSTIN, TEXAS |

**<u>REAL PARTIES IN INTEREST'S UNOPPOSED FIRST
MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS</u>**

COMES NOW, Real Parties in Interest to this mandamus proceeding, Kenneth Levien, Barry Levien, and Philip Levien, Trustees on Behalf of the Trust Established under Article Seven of The Last Will and Testament of Arnold Levien. Real Parties In Interest (hereinafter referred to as "The Levien Trustees") file this First Unopposed Motion for Extension of Time to File Response to Petition for Writ of Mandamus. In support thereof, the Levien Trustees state the following:

On December 4, 2014 the trial court signed a discovery order compelling Relators to produce certain documents to the Levien Trustees over their objection. This discovery order was signed in Cause No. 423-2681 styled *Kenneth Levien, Barry Levien, and Philip Levien, Trustees on Behalf of the Trust Established under Article Seven of The Last Will and Testament of Arnold Levien, Plaintiffs vs. Harlan Levien and Stephen Levien, Defendants.*

1

On December 18, 2014, after an additional hearing, the trial court vacated the December 4, 2014 discovery order and signed a new Order which is now the subject of the Relator's Petition for Writ of Mandamus filed in this cause on December 31, 2014.

On January 2, 2015 this Court requested a response from the Levien Trustees to be filed by Monday, January 12, 2015.

The Levien Trustees seek a three week extension of time to file their response, making it due on Monday, February 2, 2015. The extension is necessary for the following reasons:

a. Lead trial counsel for the Levien Trustees, Ellen A. Yarrell, will be out of the country beginning Saturday, January 10, 2015 through Sunday, January 25, 2015 on a trip which has been planned and confirmed since July 2014. It is critically important that the Levien Trustees lead trial counsel be fully involved in the preparation and review of matters related to filing the response requested by the Court. Ms. Yarrell's commitments prior to leaving on January 10, 2015 do not allow her to fully participate in the preparation and completion of a response by the original January 12, 2015 deadline set. Further, Ms. Yarrell's travel destination is to Patagonia, South America, a sparsely populated region with unreliable

2

electronic access. Further, Ms. Yarrell's intended travel activities make her virtually inaccessible to the undersigned counsel during her absence and it is both necessary and desirable for her to offer input and review the response upon her return before filing.

b. The undersigned appellate counsel for the Levien Trustees has not been previously involved in the underlying trial court matters. As such, the undersigned appellate counsel must familiarize herself with all relevant materials, including pleadings, hearing transcripts, relevant matters from other affiliated litigation and legal research and the time currently allotted by the Court is insufficient in light of other committed obligations and deadlines.

A three week extension will not jeopardize the rights of any party to the underlying litigation. More specifically, the underlying suit has been taken off the trial docket for March 2, 2015 and there is currently no trial date set. Further, there is no "emergency." The Relators were ordered to comply with the trial court's order by December 31, 2014 and they have not requested nor been granted a stay of this Order from this Court. Even so, the Levien Trustees hereby represent to this Court that they will not seek to compel Relator's compliance with the trial court's December 31, 2014 production deadline until such time as the issues involved in

this mandamus proceeding have been resolved, and only then presuming it is resolved in favor of the Levien Trustees position. The undersigned counsel for the Levien Trustees has made this same representation to counsel for Relators. As such, the Levien Trustee's request for a three week extension is not prejudicial to the Relators.

The Levien Trustees pray that the Court grant this motion for extension of time, extending their deadline to file a response to the Petition for Writ of Mandamus to Friday, February 2, 2015.

Respectfully submitted,

　/s/　Sallee S. Smyth
SALLEE S. SMYTH
SBT# 18779400
800 Jackson Street
Richmond, Texas 77469
(281) 238-6200
(281) 238-6202 (Fax)
smyth.sallee@gmail.com
Attorney for Real Parties in Interest
THE LEVIEN TRUSTEES

## CERTIFICATE OF CONFERENCE

I certify that I have communicated with John Kinchen, counsel for Relators, regarding the filing of this motion and he is not opposed to the motion.

　/s/　Sallee S. Smyth
SALLEE S. SMYTH

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following counsel and/or parties of record in accordance with the Texas Rules of Civil and Appellate Procedure on this the ___8th___ day January, 2015:

Mr. John Kinchen
VIA EMAIL at jkinchen@hakllp.com
Attorney for Relators

Luis A. Fabrega
VIA EMAIL at lfabrega@fabregahood.com
Attorney for Relators


    /s/    Sallee S. Smyth
SALLEE S. SMYTH